RECEIVED
IN LAKE CHARLES, LA.

MAR -5 2012

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **HAUSUAN WADE**<br>**A# 036-799-143** | **CIVIL ACTION NO. 11-1857**<br>**SECTION P** |
| **VS.** | **JUDGE MINALDI** |
| **JOE P. YOUNG** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that this petition be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _1_ day of __March__, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE